**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| FNU AMAN,<br><br>                         Petitioner,<br><br>             v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                         Respondents. | ) Case No. 5:26-cv-01017-RGK-SP<br>)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS**<br>) **AND RECOMMENDATION OF**<br>) **UNITED STATES MAGISTRATE**<br>) **JUDGE**<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall either provide petitioner with a bond hearing within seven days before a neutral Immigration Judge, at which respondents will bear the burden of proving by clear and convincing evidence that petitioner presents a flight risk or danger

//

//

to the community to justify his continued confinement, or shall release petitioner from custody; and (3) respondents shall file a status report no later than ten days from the date of this order regarding their compliance with this Order.


Dated: 5/22/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE