**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FNU AMAN,<br><br>                Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                Respondents. | Case No. 5:26-cv-01017-RGK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: <u>5/22/2026</u>

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE